IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 07-cv-01309-MSK-MEH

MICHAEL D. BETHEL and
TAMMY LYNN BETHEL,

    Plaintiffs,

vs.

CITY OF PUEBLO, COLORADO, a municipal corporation;
JAMES W. BILLINGS, JR., individually and in his official capacity as Chief of Police for the City of Pueblo, Colorado; and
TROY DAVENPORT, individually and in his official capacity as a Captain in the Pueblo Police Department,

    Defendants.
_____

**ORDER**
_____

Upon the Stipulated Motion to Dismiss, With Prejudice (#39) filed February 25, 2008, it is

**ORDERED** that the Motion is **GRANTED** and this matter is **DISMISSED WITH PREJUDICE**, each party to bear its own costs and attorneys fees.

DATED this 26th day of February, 2008.

                                      **BY THE COURT:**

                                      Marcia S. Krieger
                                      United States District Judge